U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

NOV - 1 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ELVIN BERRY** | : | **DOCKET NO. 2:07 CV 0807** |
| **VS.** | : | **JUDGE MINALDI** |
| **SWIFT LEASING COMPANY, MOHAVE TRANSPORTATION INSURANCE COMPANY AND CAROLYN CLARK** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

For the reasons stated in the corresponding Memorandum Ruling, having considered the Report and Recommendation of the Magistrate Judge, after an independent review of the record, and a *de novo* determination of the issues, and having considered the objections filed herein,

IT IS ORDERED that the Plaintiff's Motion to Remand IS GRANTED and the Clerk of Court shall return the plaintiff's state law claims to the 33rd Judicial District Court, Allen Parish, Louisiana.

Lake Charles, Louisiana, this _1_ day of ~~October,~~ Nov 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE